**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80232 MISC VRW

Andrew Bello Bosque,
                                     ORDER
    State Bar No 164656
_____/

        On November 24, 20008, the court issued an order to show cause (OSC) why Andrew Bello Bosque should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Business and Professions Code Section 6007 as inactive, effective September 11, 2008.

        The OSC was mailed to Mr Bosque's address of record with the State Bar and returned by the post office as unclaimed. No response to the OSC has been filed.

        The court now orders Andrew Bello Bosque removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Andrew Bello Bosque,

_____/

Case Number: C 08-80232   MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Bello Bosque
Law Firm of Andrew B. Bosque
1313 N Milpitas Blvd, Ste 165-E
Milpitas, CA 95035

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*